UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Floretta Gholston,

      Plaintiff,

vs.

Pfizer, Inc., Pharmacia Corporation,
G.D. Searle LLC, f/k/a G.D. Searle
& Co., Monsanto Company,

      Defendants.

Civil No.06-4941 (RHK/AJB)

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: December 20, 2006

                                      s/Richard H. Kyle
                                      RICHARD H. KYLE
                                      United States District Judge